**E-filing**

FILED
08 APR 17 AM 10: 38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAUL ERIAS STELLY, SR.
                    Plaintiff,

    vs.

ELAINE TOOTELL M.D., LARRY DIZMAN M.D.,
E. MONTHEI Ph.D, AND TIMOTHY ROUGEUX
                    Defendant.

CASE NO. CV 08 - 1997 CW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, PAUL ERIAS STELLY, SR., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: APPROX. 19¢ PER HOUR     Net: APPROX. $30.00 PER MONTH.

Employer: SAN QUENTIN INMATE WORK ASSIGNMENT · LIBRARY CIRCULATION CLERK · POSITION # LIB %1.005.

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or              Yes ___ No ✓
10             self employment
11      b.    Income from stocks, bonds,           Yes ___ No ✓
12             or royalties?
13      c.    Rent payments?                       Yes ___ No ✓
14      d.    Pensions, annuities, or              Yes ___ No ✓
15             life insurance payments?
16      e.    Federal or State welfare payments,   Yes ___ No ✓
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                        Yes ✓ No ___
24  Spouse's Full Name: FELISSA R. STELLY
25  Spouse's Place of Employment: UNKNOWN
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ UNKNOWN                    Net $ UNKNOWN
28  4.     a.    List amount you contribute to your spouse's support: $ 0

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ NON-APPLICABLE _____

_____

5.  Do you own or are you buying a home?     Yes ___  No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?     Yes ___  No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: UNITED SAVINGS FEDERAL CREDIT UNION

2001 W. 10TH STREET · PITTSBURG, CA. 94565 →
ANTIOCH, CA. 94509 →

Present balance(s): $ APPROX. $5.00

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8.  What are your monthly expenses?

Rent: $ _____0_____     Utilities: _____0_____

Food: $ _____0_____     Clothing: _____0_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NON-APPLICABLE | $ | $ |
| "       " | $ | $ |
| "       " | $ | $ |

1  9. Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  STATE OF CALIFORNIA RESTITUTION FOR MARIN COUNTY: $10,000.00
4  STATE OF CALIFORNIA RESTITUTION FUND FOR VICTIMS • 55% OF PRISON
   FUNDS AND/OR INCOME
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 *April 11, 2008*                    *[signature]*
17     DATE                             SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

```
:PORT ID: TS3030                                                    REPORT DATE: 04/03/08
                                                                    PAGE NO:            1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   SAN QUENTIN PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: DEC. 31, 2007 THRU APR. 03, 2008

COUNT NUMBER  : F86444                    BED/CELL NUMBER: H 0400000000007L
COUNT NAME    : STELLY, PAUL ERIAS SR.    ACCOUNT TYPE:    I
IVILEGE GROUP:  A
                                   TRUST ACCOUNT ACTIVITY
       TRAN
TE     CODE  DESCRIPTION     COMMENT       CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
       ----  -----------     -------       ---------   --------    -----------    -------
/31/2007     BEGINNING BALANCE                                                       0.00
ACTIVITY FOR 2008
/25*DD31     CHECK DEPOSIT   2903/R&R                    45.00                      45.00
/11  FR01    CANTEEN RETUR   3109/AGED                   22.32-                     67.32
/11  FC02    DRAW-FAC 2      3115/H 2ND                              50.00          17.32
/04  W534    MEDICAL CHARG   3400EARBUD                                1.75         15.57
/04  W515    COPY CHARGE     3404/COPY                                 0.50         15.07
/04  W515    COPY CHARGE     3404/COPY                                 0.20         14.87
/04  W515    COPY CHARGE     3404/COPY                                 0.90         13.97
/04  W515    COPY CHARGE     3404/COPY                                 0.50         13.47
/04  W515    COPY CHARGE     3404/COPY                                 1.50         11.97
/04  W515    COPY CHARGE     3404/COPY                                 0.40         11.57
/04  W515    COPY CHARGE     3404/COPY                                 1.50         10.07
/04  W515    COPY CHARGE     3404/COPY                                 0.30          9.77
/04  W515    COPY CHARGE     3404/COPY                                 0.20          9.57
/04  W515    COPY CHARGE     3404/COPY                                 0.70          8.87
/17  FR01    CANTEEN RETUR   703594                                    1.55-        10.42
/17  FC02    DRAW-FAC 2      3599/H 2ND                               10.42          0.00

                        * RESTITUTION ACCOUNT ACTIVITY

TE SENTENCED: 09/12/07                     CASE NUMBER: SC152924
UNTY CODE: MAR                             FINE AMOUNT: $   1,000.00

DATE         TRANS.  DESCRIPTION                        TRANS. AMT.       BALANCE
----         ------  -----------                        -----------       -------

/31/2007     BEGINNING BALANCE                                             997.64

/25/08       DR31    REST DED-CHECK DEPOSIT                50.00-          947.64
```

Handwritten annotations:
- "LAST MONEY I HAD ON MY BOOKS" (pointing to 45.00 deposit)
- "S.Q. TOOK $55.00 FOR RESTITUTION"
- "I CAME TO PRISON IN Sept 07 WITH $20.00"
- "I'VE HAD NOTHING BUT MY PRISON EARNINGS FOR 1 month since I got here."
- "↑ WHAT I STILL OWE IN RESTITUTION" (pointing to 947.64)