**E-filing**

FILED
08 APR 28 PM 12:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAUL ERIAS STELLY, SR.
      Plaintiff,

vs.

ELAINE TOOTELL, M.D.,
DR. LARRY DIZMAN, Ph.D,
DR. E. MONTHEI, Ph.D., Defendant.
AND TIMOTHY ROGUEUX.

CASE NO. CV 08 1997 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, PAUL ERIAS STELLY SR., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $36.80 PER MONTH (APPROXIMATE) Net: APPROXIMATELY $17.80 AFTER RESTITUTION (55%)

Employer: SAN QUENTIN STATE PRISON → INMATE EMPLOYMENT (P.I.C)
SAN QUENTIN, CALIFORNIA 94974

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ___ No ✓
10         self employment
11    b.   Income from stocks, bonds,                 Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                             Yes ___ No ✓
14    d.   Pensions, annuities, or                    Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                            Yes ✓ No ___
24  Spouse's Full Name: FELISSA RENE GALLON - STELLY
25  Spouse's Place of Employment: UNKNOWN
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ UNKNOWN          Net $ UNKNOWN
28  4.    a.    List amount you contribute to your spouse's support:$ -0-

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NO ONE IS DEPENDENT UPON ME FOR SUPPORT.

_____

5. Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $_____   Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: UNITED SAVINGS FEDERAL CREDIT UNION

_____

Present balance(s): $ APPROXIMATELY $5.00

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ NON-APPLICABLE   Utilities: NON-APPLICABLE

Food: $ NON-APPLICABLE   Clothing: NON-APPLICABLE

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NON-APPLICABLE | $ | $ |
| NON-APPLICABLE | $ | $ |
| NON-APPLICABLE | $ | $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS               - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

STATE RESTITUTION(S) VICTIM RESTITUTION FUND - APPROX. #940.00
MARIN COUNTY COURT - APPROX. #200.00
ALAMEDA COUNTY COURT - APPROX. #200.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____          _____
DATE                             SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

F86444

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __PAUL STELLY__ for the last six months at

__SAN QUENTIN__ where (s)he is confined.
[prisoner name]

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __9.54__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __9.54__ .

Dated: __4/10/08__                              _____signature_____

[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030 .701                                                          REPORT DATE: 04/16/08
                     CALIFORNIA DEPARTMENT OF CORRECTIONS                       PAGE NO:          1
                          SAN QUENTIN PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 16, 2007 THRU APR. 16, 2008

ACCOUNT NUMBER : F86444                         BED/CELL NUMBER: H 040000000007L
ACCOUNT NAME   : STELLY, PAUL ERIAS, SR.        ACCOUNT TYPE:    I
PRIVILEGE GROUP: A

                           TRUST ACCOUNT ACTIVITY

  DATE   TRAN
         CODE   DESCRIPTION       COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS    BALANCE
 ------  ----   -----------       -------     ---------  --------   -----------    -------
10/16/2007      BEGINNING BALANCE                                                     0.00
11/07  FR01 CANTEEN RETUR 7018555                           20.18-                   20.18
12/19*DD30 CASH DEPOSIT  2442599                            22.32                    20.32
12/24*PC01 DRAW-FAC 1    2525/M3RD                                      2.14         22.32
          ACTIVITY FOR 2008
01/25*DD31 CHECK DEPOSIT 2903/R&R                           45.00                    45.00
02/11  FR01 CANTEEN RETUR 3109/AGED                         22.32-                   67.32
03/04  FC02 DRAW-FAC 2   3115/H 2ND                                    50.00         17.32
03/04  W534 MEDICAL CHARG 3400EARBUD                                    1.75         15.57
03/04  W515 COPY CHARGE  3404/COPY                                      0.50         15.07
03/04  W515 COPY CHARGE  3404/COPY                                      0.50         14.57
03/04  W515 COPY CHARGE  3404/COPY                                      1.50         13.07
03/04  W515 COPY CHARGE  3404/COPY                                      1.00         12.07
03/04  W515 COPY CHARGE  3404/COPY                                      0.50         11.57
03/04  W515 COPY CHARGE  3404/COPY                                      0.50         11.07
03/04  W515 COPY CHARGE  3404/COPY                                      1.00         10.07
03/04  W515 COPY CHARGE  3404/COPY                                      1.50          8.57
03/17  FC02 DRAW-FAC 2   3522/H 2ND                                    10.42          8.87
03/17  FR01 CANTEEN RETUR 7035594                           10.55-                   19.42
04/04*VD54 INMATE PAYROL 3899/MAR08                         10.00                    10.42
04/07  W514 LEGAL COPY CH 3923/COPY                                     0.30         10.10
04/07  W516 MISC CHARGES  3945EARBUD                                    0.75          9.35
04/08  FR01 CANTEEN RETUR 7040617                            0.15-                    9.50
04/14  FC02 DRAW-FAC 2   4022/H 2ND                                     8.17          1.33

                 * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED:  09/12/07           CASE NUMBER:   SC152924
COUNTY CODE:     MAR                FINE AMOUNT:   $     1,000.00

  DATE      TRANS.   DESCRIPTION              TRANS. AMT.        BALANCE
  ----      ------   -----------              -----------        -------
10/16/2007  BEGINNING BALANCE                                    1,000.00
```

PAUL ERIAS STELLY SR. • F86444
SAN QUENTIN STATE PRISON
SAN QUENTIN, CALIFORNIA
94974

"LEGAL MAIL"
PLEASE ACKNOWLEDGE RECEIPT.



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES