**FILED**
MAY 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND SF

FROM: PAUL BRYAS STELLY SR.
TO: U.S. DISTRICT COURT OF NORTHERN, CALIFORNIA
RE: CASE # CV08-1997CW

MAY 11, 2008

DEAR SIR OR MADAM CLERK:

I'M WRITING THIS LETTER TO FIND OUT IF A CERTIFICATE OF FUNDS IN PRISONERS ACCOUNT FORM WAS EVER RECEIVED BY YOU FROM THIS INSTITUTION'S AUTHORIZE OFFICER. IT WAS SUPPOSED TO BE MAILED BY MY COUNSELOR VIA PERSONNEL HERE AT THE SAN QUENTIN STATE PRISON TRUST ACCOUNT OFFICE TO SUPPORT MY IN FORMA PAUPERIS APPLICATION.

MY ACCOUNT INFORMATION DOCUMENTATION SHOULD HAVE BEEN RECEIVED IN AMPLE TIME TO MEET ANY TIME CONSTRAINT SET BY THE COURT.

COULD YOU PLEASE VERIFY RECEIPT? THANK YOU TREMENDOUSLY.

ALSO, I HOPE IT WOULD BE APPROPRIATE TO SAY THAT I HAVE YET TO SEE A FOLLOW-UP DR./PHYSICIAN/PSYCHIATRIST OR PSYCHOLOGIST AS DR. SPRICK AND DR. CHASE HAVE SAID I WOULD TO RECEIVE MY MEDICATION... AND IT'S BEEN QUITE SOME TIME. MEANWHILE, MY CONDITION IS GROWING WORSE. THEY KEEP SAYING MY SEIZURE MEDICATIONS BEEN ISSUED, BUT I NEVER RECEIVE IT.... AND I HAVE BEEN GIVEN NOTHING FOR MY DEPRESSION EXCEPT A TRIPLE C.M.S DIAGNOSIS.

I JUST DON'T KNOW WHAT MORE I CAN DO.
ANYWAY, PLEASE LET ME KNOW IF YOU'VE RECEIVED MY CERTIFICATE OF FUNDS IN PRISONERS ACCOUNT FORM.

SINCERELY,
[signature]
CDC F86444

PAUL ERIAS STELLY SR. • F86444
SAN QUENTIN STATE PRISON
SAN QUENTIN, CALIFORNIA
94974

"LEGAL MAIL"
PLS. ACKNOWLEDGE RECEIPT

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
P.O. BOX 36060
SAN FRANCISCO, CALIFORNIA
94102

9410 0236661 0008