FILED
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MAY 22, 2008
RE: CV08-01997 CW

Dear Sir/Madam Clerk

Please place the enclosed letter in my case file. I am also trying to get my medical and mental health records.

I don't know if I should keep sending documents. But I want to show where my conditions have gone unattended for so long that I have a more severe diagnosis than when I got to San Quentin, and it has gotten this way gradually.

I don't think it would have been so bad if they (medical & mental health staff) would have assessed me when I first asked - and the dozen or so times I've asked since my early submission of medical requests and 602's - that still have not been answered..., to at least say they've been received!

Anyway, thank you and the court for being so patient with me.

Sincerely,
Paul Stelly · F86444

May 20, 2008
RE: CASE # CV08-01997CW

To whom it may concern:
I was ducated to see the Psychiatrist (Dr. Brenner) on May 16, 2008. My appointment time was set for 11:30 a.m., and I arrived at 11:00 a.m. I surrendered my ducat to the Module Clerk from outside of the perimeter gate at 11:05 a.m., but <u>was not</u> granted access to the Module Yard to await Dr. Brenner's arrival.

It was 97° and no shade or place to sit, no access to a restroom, or no available place to get water. I asked occupants of the module (the clerk and the receptionist) but was denied accessibility to use these facilities.

At approximately 12:30 p.m., Dr. Brenner still had not arrived to see me, so I retrieved my ducat and walked back to the H- Unit yard where I am being housed; which is approximately 1/4 of a mile away.

At the H-Unit Yard Clinic, I saw another doctor. who said he would call Dr. Brenner's office, and explain my dilemma *if* Dr. Brenner had arrived. It was approximately 12:40. Shortly after I had returned to four building, a call came from The Lower Yard Module asking me to *walk back* to Dr. Brenner's office as he had *just* arrived.
I complied, and arrived at Dr. Brenner's office at the Lower Yard Module.
There were two other Inmates awaiting Dr. Brenner's arrival when I got there, and at approximately 1:15 p.m Dr. Brenner summoned one of the inmates whom I discovered was Dr. Brenner's *<u>12:30 p.m.</u>* appointment; even though Dr, Brenner <u>knew</u> my circumstances <u>and</u> that I was his <u>11:30 a.m</u>. appointment!

At approximately 2:15 p.m. I left again, as it got too unbearably hot for me to be left waiting outside. I went to the library where I work, and where it was much cooler.
At approximately 2:30 p.m. I called the housing unit, but the Correctional Officer there had not heard from Dr. Brenner's office. So, I returned to my housing unit for the day.

In summary, I have done all that I can to get both medical and mental health assessments from staff here at San Quentin.
I still have not received my mediation(s), and my conditions continue to grow worse in severity and frequency. I have now had several seizures and numerous emotional breakdowns between appointments with Dr. Sprick and Dr. Chase earlier this month.

I refuse to subject myself to further disappointment, discomfort, ridicule, and indifference. Therefore, it is my intention to let the courts intervention stand appropriate under these unfortunate circumstances.
Though I will never refuse treatment, I ask that San Quentin Medical and Mental Health staff cease making matters worse by playing with my request for immediate emergency diagnosis and prognosis.
So, please provide whatever remedy you feel is appropriate, as I am now relying on the court to do the same.

Sincerely,
Paul Stelly / F86444



PAUL ELIAS STELLY · P86444
SAN QUENTIN STATE PRISON
SAN QUENTIN, CALIFORNIA
94974

LEGAL MAIL
AS. ACKNOWLEDGE RECEIPT

OFFICE OF THE CLERK,
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET · SUITE 400S
OAKLAND, CALIFORNIA
94612-5212