**FILED**

JUN 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE: Case # C 08-01997 CW   (PR)

June 9, 2008

Dear Ms. Cahill:

On or about May 21st 2008, I received mail from your office containing *only* the Cover Sheet of my complaint, an Order *Granting* In Forma Pauperis Status, and an E.C.F. Registration Handout, *without* an Order to Serve.

I was wondering if the U.S. Marshal's Office has been forwarded copies of my complaint in it's entirety to serve on the defendants in this matter. I was also wondering why (if it is *my* responsibility to serve the defendants) I was not given a complete copy of the Complaint, a Summons, and the U.S. Marshal Service Forms to complete service. I am sure the court is aware that my service capabilities are extremely limited as a State Prisoner.

Please inform me of the status of my case, and what will be expected of me from your office, or what *I* can possibly expect in the way of serving the defendants, as meeting all time constraints for service and compliance with court procedures is imperative.

I understand that I have thirty days (30) to have the defendants served from the time of filing. Therefore, your expeditious response in this matter is desperately needed and tremendously appreciated....Though I would like an *extension* to allow time for the Marshal's Office to serve the defendants.

Thank you.

Sincerely,

Paul E. Stelly, Sr.
Plaintiff