Paul Erias Stelly Sr.
F-86444 / H4-07-L. CSP
San Quentin, CA. 94974.
Petitioner In Pro Se.



FILED

2008 JUN 10 PM 2: 31

CLERK ... KING
NORTHERN DISTRICT COURT
OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Paul Erias Stelly Sr.,

                Plaintiff,

    vs.

Elaine Tootell, et al.,

                Defendants

Case No. C08-01997 CW (PR)

*EX PARTE* MOTION FOR
APPOINTMENT OF COUNSEL

TO THE ABOVE-ENTITLED HONORABLE COURT:

**Comes now:-**

    Plaintiff is hereby moving this court for appointment of counsel.

    Plaintiff is a state prisoner proceeding In Pro Se, and has no law training or experiences. This court granted petitioner an In Forma Pauperis status.

    Plaintiff, currently unrepresented and unable to afford counsel, but desiring appointment of counsel, and respectfully requests the Court Ex Parte to appoint counsel to represent him in this action.

    Plaintiff submits, that there exist: Material Facts of the case that raise serious questions and that are complex in their professional content in that:

Stelly Sr., vs. Tootell, et al., Ex Parte Motion for Appointment of Counsel

-1-

1.  Observations to be presented before the court require an extraordinary sense of medical, psychological, and / or neurological knowledge in practice and explanation, which relate to damage and adversties sustained by the petitioner.

2.  The plaintiff lacks the professional sophistication to effectively relate these adversities caused by the defendants, which directly pertain to and have affected the petitioners Mental Health. Adversities that include but are not been limited to: The plaintiff's attention deficit, memory loss, neurosis, psychosis related to depression, embarrassment and overall exertion.

3.  Further, as a State Prisoner, the plaintiff has limited resources and means in which to affectively research his legal options for presentation to the court.

These elements of presentation [compounded] would suggest that the plaintiff would be at a great disadvantage to affectively bring this matter before the court, with any expectation of a fair resolution.

Dated this 9ᵀᴴ day of June    2008,

**Paul Erias Stelly Sr.**
Plaintiff In Pro Se ...

Stelly Sr., vs. Tootell, et al., Ex Parte Motion for Appointment of Counsel

-2-

**VERIFICATION**

I, Paul Erias Stelly, Sr., am the plaintiff and the moving party in the above-entitled,

I do declare under penalty of perjury that I have read and understood the above ex parte motion for appointment of counsel and that I know that the facts stated therein are true and correct of my own personal knowledge, except that if stated on information and belief, that I believe them to be true.

**EXECUTED** at San Quentin, California, County of Marin. On June 9th, 2008.

**Paul Erias Stelly Sr.**
Declarant/ Plaintiff In Pro Se

Stelly Sr., vs. Tootell, et al., Ex Parte Motion for Appointment of Counsel

-3-

PAUL ERIAS STELLY · F86444
SAN QUENTIN STATE PRISON
SAN QUENTIN, CALIFORNIA
94974

NORTH BAY CA 949

06 JUN 2008 PM 2 T

GET OUTSIDE YOURSELF
THINK, SPEAK AND
John Adams, I.PES
commemorativestamps

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET · SUITE 400S
OAKLAND, CALIFORNIA
94612 - 5212

34612452212

LEGAL MAIL
PLEASE ACKNOWLEDGE RECEIPT