1  PAUL STELLY - Pro se
   F-86444 /4H-7L
2  SAN QUENTIN STATE PRISON
   SAN QUENTIN, CALIFORNIA 94974
3



4              IN THE UNITED STATES DISTRICT COURT

5           FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7  In re the matter of:            )
                                   )
8       PAUL STELLY,               ) Case No. C 08-01997 CW (PR)
                  Plaintiff,       )
9       v.                         ) NOTICE OF MOTION AND MOTION FOR
                                   ) TRIAL BY JURY
10 ELAINE TOOTELL et., al.         )
                  Defendants.      )
11                                 )
                                   )
12                                 )
                                   )
13 _____ )

14 As soon as the matter may be heard the Plaintiff asks the court

15 to grant and / or arrange the personal appearance in court of

16 the Plaintiff, for a trial by jury pertaining to this matter,

17 through transport by the California Department of Corrections.

18 This request by the Plaintiff is submitted for the purposes of

19 assuring presentation of adequate case elements, as they relate

20 to evidence in the aforementioned matter. Plaintiff submits this

21 Motion also, to stand present before the court to render oral

22 testimony and to show physical, and psychological affects caused

23 by Defendants indifference to the Plaintiff's serious medical,

24 and mental health needs during court procedures, and *while in*

25 *the custody of* The California Department of Corrections and

26 Rehabilitation at San Quentin Prison.

                   MOTION REQUESTING TRIAL BY JURY - 1

1  The Plaintiff asks that his request(s) be granted to assure
2  an equal vantage point from which to present his case, while
3  being afforded the opportunity as a State Prisoner, to present
4  the matters of this case, and thereby seek an appropriate
5  resolution.

7  Dated this 11th day of July, 2008.

*[signature]*

SAN QUENTIN STATE PRISON
SAN QUENTIN, CALIFORNIA 94974
PAUL STELLY - Pro se
F-86444 /4H-7L

MOTION REQUESTING TRIAL BY JURY - 2

Paul Stelly · F86444
San Quentin State Prison
San Quentin, California
94974

Office of the Clerk,
U.S. District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, California
94612-5212

"LEGAL MAIL"
PLEASE ACKNOWLEDGE RECEIPT

Coffee
7/9/08