

FILED
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Case Number: CV 08 1997 CW (PR)

July 25, 2008

To whom it may concern:

I was summoned / ducated to the Chronic Care Doctors line here in A San Quentin State Prison on July 25th, 2008. My appointment time was for 10:00 a.m., and I can only assume that the appointment was to address my Hepatitis C. I do not know for a certainty if that was the reason, because I left after an hour of waiting; and after being quite embarrassed by Dr. Wong (a psychiatrist) who located me at the medical doctor's line to conduct an interview. He and Lt. Erickson made several attempts to find a room to interview me at by asking [in a voice loud enough for every prisoner, free staff and medical staff present to hear continuously] "Is there an office empty where the Psychiatrist could use to talk to this guy"?!

This statement was made with absolutely no regard for my confidentiality, or my how I felt about people knowing my business.

After I saw the psychiatrist, I returned to the chronic care clinic to discover there were many people still waiting to be seen, and that I was still very low on the list to be seen, so I voluntarily signed a form temporarily refusing service. Then I asked to be re-ducated for another time before I left the clinic and returning to my work assignment.

On my way back to work, I couldn't help thinking that for one solid year (which is how long I've been at san Quentin) I have pleaded, begged and continuously informed the medical staff here that I needed a liver transplant, and that I'd been diagnosed for Hepatitis C on the street. I have been requesting assessments, putting in Inmate Grievance forms, and have even filed suit against the entities that have shown indifference to my medical and mental health needs. Now, all of a sudden, I am getting the attention that I needed paid to these matters; but it's too little too late. I'm dying now. My liver is beyond repair and has gotten to a

worse stage than it was a year ago (I can tell by the pain in my back, and other symptoms). My Depression has gotten so severe, that I can hardly sleep or eat; and which I have to take useless medication for (Remron). Some medication(s) I have been meaning to successfully wean myself off. My seizures as well are occurring with more frequency and are longer in duration despite the Phenytoin I am taking.

So, the ounce of prevention that I requested is no longer worth the pound of cure that San Quentin is offering now, because my conditions have grown far worse than they were when I first began begging for help.

I just wanted someone to know....and I ask that this become part of my court record / file.

Sincerely,

Paul Stelly – F86444