FILED
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

PAUL STELLY -F86444
PLAINTIFF IN PRO SE
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94974

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STELLY,<br><br>    Plaintiff,<br><br>    vs.<br><br>ELAINE TOOTELL et.,al,<br><br>    Defendant | Case No. CV 08 1997 CW (PR)<br><br>PRO SE NOTICE OF MOTION AND MOTION FOR REFERRAL TO EARLY SETTLEMENT PROGRAM |

The Petitioner (Paul Stelly) wishes to give Notice to the Defendants, their Attorney(s) of Record and the Court, that as soon as the matter can be heard, Petitioner requests the court to make an order to grant this motion, and to refer this matter to The Early Settlement Program. Pursuant to the guidelines set forth by United States Magistrate Judge Nandor Vandas for resolution, the Petitioner desires referral to early settlement to remedy this matter expeditiously, and thereby avoid further stress and detriment to his physical and mental health.

In addition, to the remedies sought in the Plaintiffs initial claim (Injunctive Relief and compensation for Punitive Damages), Plaintiff wishes to amend and not to leave monetary compensation up to the courts discretion as formerly stated. The Plaintiff instead, wishes now to amend the complaint to request a monetary settlement award of $50,000.00, or a sum commiserate with his pain, suffering, embarrassment, his deterioration of health, and his quality of life. The Plaintiff further asks that he be

awarded this sum, and that the sum be placed in an account of his choosing and which has no affiliation with San Quentin State Prison, its employees, or entities contracting with the California Department of Corrections or San Quentin State Prison.

The Plaintiff prays that this referral to Early Settlement be granted, and that he be awarded compensation, as requested upon proof of liability by the Defendants independently or collectively.

Dated this 28th day of July, 2008.

*[signature]*

SAN QUENTIN STATE PRISON
SAN QUENTIN, CA
94974
PAUL STELLY -F86444
PLAINTIFF IN PRO SE

REQUEST FOR EARLY SETTLEMENT - 2

PAUL STELLY, F-86444
SAN QUENTIN STATE PRISON
SAN QUENTIN, CALIFORNIA
94974

OFFICE OF THE CLERK
U.S. DISTRICT COURT - NORTHERN DISTRICT
OF CALIFORNIA
1301 CLAY STREET, SUITE 400S
OAKLAND, CA
94612-5212

"LEGAL MAIL"
PLEASE ACKNOWLEDGE RECEIPT.



USA FIRST-CLASS 2008

Co    J Lee